AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **Massachusetts**

Royal + SunAlliance USA, Inc.
a/s/o Huib and Brenda Geerlings

V.

127 Charles St. Condominium Assoc. Trust and Crown Cleaners, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10331JLT

TO: (Name and address of Defendant)

127 Charles St. Condominium Assoc. Trust
127 Charles St.
Boston, MA 02114

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
PATRICK J. LOFTUS, III
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  February 18, 2004

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-23-04 |
| NAME OF SERVER (PRINT) Russell Castagna | TITLE ~~Constable~~ Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 127 Charles St. Boston, MA and accepted by Ms. Magdalene Mikets.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $25.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-23-04
              Date              Signature of Server

77 L St. Boston, MA 02127
Address of Server

SCANNED
DATE 2/26/04

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.