UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROYAL AND SUNALLIANCE USA, INC., )
As subrogee of HUIB and BRENDA GEERLINGS )
    Plaintiff, )
  )
v. )
  ) C.A. No.: 04-10331(JLT)
  ) Magistrate Judge Alexander
127 CHARLES STREET CONDOMINIUM )
ASSOCIATION TRUST; and )
CROWN CLEANERS, INC. )
    Defendants. )

## ASSENTED-TO MOTION OF THE DEFENDANT, CROWN CLEANERS, INC., TO ENLARGE TIME TO RESPOND TO THE COMPLAINT OF THE PLAINTIFF, ROYAL AND SUNALLIANCE USA, INC.

The defendant, Crown Cleaners, Inc. ("Crown Cleaners"), respectfully moves, **with the assent of the plaintiff**, to enlarge the time by which Crown Cleaners must answer, object or otherwise respond to the plaintiff's Complaint from March 15, 2004 up to and including April 9, 2004. Counsel for the plaintiff assented to this motion by telephone on March 16, 2004. To date, no appearance has been entered for the co-defendant, 127 Charles Street Condominium Association Trust.

WHEREFORE, Crown Cleaners requests that this Court allow this Assented-To Motion and enlarge the time to respond to the plaintiff's Complaint until April 9, 2004.

The Defendant,

CROWN CLEANERS, INC.

By its Attorneys,

_____
Edward D. Shoulkin, Esq.
B.B.O. # 555483
Timothy E. Bray, Esq.
B.B.O. # 652398
TAYLOR, DUANE, BARTON &
GILMAN, LLP
111 Devonshire Street
Boston, MA 02109
(617) 654-8200


Assented-to:        The Plaintiff,

ROYAL AND SUNALLIANCE USA, INC.,

By its Attorney,

_Patrick J. Loftus III_ / with permission TEB
Patrick J. Loftus, III, Esq.
B.B.O. # 303310
9 Park Street, Suite 500
Boston, MA  02108
(617) 723-7770


**CERTIFICATE OF Rule 7.1 CONFERENCE AND OF SERVICE**

I, Timothy E. Bray, hereby certify that, prior to filing the within motion, I conferred with counsel for the plaintiff, Patrick J. Loftus, III, Esq., concerning said motion, who assented to this motion. I further certify that on this _17th_ day of March, 2004, I served a copy of the above motion and the Notice of Appearance by mailing same, postage prepaid to all counsel of record.

_____
Timothy E. Bray

2