UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROYAL AND SUNALLIANCE USA, INC., )
As subrogee of HUIB and BRENDA GEERLINGS )
    Plaintiff, )
)
v. )    C.A. No.: 04-10331JLT
)
127 CHARLES STREET CONDOMINIUM )
ASSOCIATION TRUST, and )
CROWN CLEANERS, INC. )
    Defendants. )

## NOTICE OF APPEARANCE

Please enter our appearance as the attorneys for the defendant, Crown Cleaners, Inc. in the above captioned matter.

        The Defendant,
        Crown Cleaners, Inc.,

        By its attorneys,

        */s/ Edward D. Shoulkin / TEB*
        Edward D. Shoulkin
        B.B.O. #555483
        Taylor, Duane, Barton & Gilman, LLP
        111 Devonshire, 5th Floor
        Boston, MA 02109
        (617) 654-8200

        */s/*
        Timothy E. Bray
        B.B.O. #652398
        Taylor, Duane, Barton & Gilman, LLP
        111 Devonshire, 5th Floor
        Boston, MA 02109
        (617) 654-8200