IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROYAL AND SUNALLIANCE USA, INC. )<br>as subrogee of HUIB and BRENDA GEERLINGS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>127 CHARLES STREET CONDOMINIUM )<br>ASSOCIATION TRUST )<br>)<br>and )<br>)<br>CROWN CLEANERS, INC. )<br>)<br>Defendants. ) | C.A. No.: 04-10331 JLT<br><br><br><br><br><br>**MOTION FOR ADMISSION**<br>**OF COUNSEL *PRO HAC VICE***<br><br>FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE_____ |

NOW COMES Patrick J. Loftus, III, Esquire, Counsel for Plaintiff, Royal and SunAlliance USA, Inc., as subrogee of Huib and Brenda Geerlings, and respectfully moves this Court to enter an Order, in the form attached, for the admission *pro hac vice* of James P. Cullen, Jr., Esquire, and Kathleen P. Loughhead, Esquire, of the law firm of Cozen O'Connor, to appear herein as counsel for Plaintiff.

In support of this motion, Movant states as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts, and am attorney for Plaintiff in the above-captioned action.

2. The above-captioned action involves a sewer discharge incident, with resulting damage sustained by Mr. and Mrs. Geerlings' property at 129 Charles Street, Boston, Massachusetts, during June 2003.

3. The above-captioned action was commenced in March, 2004.

4.  I have been acting as local counsel for Plaintiff with respect to this matter; as local counsel for the Plaintiff, I have cooperated with Mr. Cullen and Ms. Loughhead, who have also prepared the case and are ready to proceed with discovery and trial.

5.  I know Mr. Cullen and Ms. Loughhead to be qualified attorneys with significant experience in the areas of construction and property damage litigation and other issues being presented in this lawsuit and to be members in good standing of the Bar of the Commonwealth of Pennsylvania, and are also cognizant of the Local Rules of the Court for this District.

6.  In further support of its motion, Movant incorporates, by reference, the annexed Affidavit of James P. Cullen, Jr., Esquire [ see Exhibit "A"] and Kathleen P. Loughhead, Esquire [ see Exhibit "B"].

**WHEREFORE,** Movant respectfully requests that the Court grant an order allowing the admission *pro hac vice* of James P. Cullen, Jr., Esquire and Kathleen P. Loughhead, Esquire, to practice with respect to the above-entitled action.

    Plaintiff Royal and SunAlliance USA, Inc.
    As subrogee of Huib and Brenda Geerlings,
    By Their Attorney,

    PATRICK J. LOFTUS, III, ESQUIRE
    BBO# 303310
    9 Park Street
    Suite 500
    Boston, MA 02108
    (617) 723-7770