IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROYAL AND SUNALLIANCE USA, INC. as subrogee of HUIB and BRENDA GEERLINGS<br><br>Plaintiff,<br><br>v.<br><br>127 CHARLES STREET CONDOMINIUM ASSOCIATION TRUST and CROWN CLEANERS, INC.<br><br>Defendants. | C.A. No.: 04-10331 JLT<br><br>JURY TRIAL DEMANDED<br><br>PLAINTIFF'S INITIAL DISCLOSURE |

Plaintiff, Royal and SunAlliance USA, Inc. ("Royal"), by and through its counsel, hereby discloses the following information under Fed.R.Civ.26 (a)(1).

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Huib and Brenda Geerlings                Information re: loss, property and
129 Charles Street                       damages.
Boston, MA 02114

Lawrence M. Gordon                       Information re: adjustment and damages.
Eric R. Gordon
Robert D. Gordon Adjusters, Inc.
Public Insurance Adjusters and Appraisers
The Pilot House – Lewis Wharf
Boston, MA 02110

Richard Mancuso                          Information re: loss including,
Robert Asci                              inspection and damages.
R. M. Mancuso Associates
10 Turin Street
Milford, MA 01757

Scott D. Herzog                          Information re: damages including,
OccuHealth, Inc.                         evaluation of mold and bacterial
Environmental Consultants.               contamination, and remediation.
44 Wood Avenue
Mansfield, MA 02048

| | |
|---|---|
| Thomas J. McCullough<br>MMI, Inc.<br>P.O. Box 991<br>Glastonbury, CT 06033 | Information re: cause/origin and extent of damages. |
| M. J. Scully & Co., Inc<br>Presidential Park Suite 201<br>314 Main Street<br>Wilmington, MA 0887 | Information re: cause/origin and extent of damages. |
| Dan Eckerman<br>TGF Inc./ Servpro of Boston<br>Downtown-Backbay-S. Boston<br>P.O. Box 15<br>S. Weymouth, MA 02190 | Information re: damages, including salvage, cleaning and restoration of property. |
| Robert Swicord<br>Lou Frondutto<br>Royal & SunAlliance<br>2 Jericho Plaza<br>Jericho, NY 11753 | Information re: damages and adjustment of the claim. |

Plaintiff also refers to its adjustment documentation, which identifies others involved in the identification, adjustment, evaluation, and repair of the damages. Plaintiff also understands representatives of Defendants, as well as public officials, possess information on this matter.

## II.  DOCUMENTS AND TANGIBLE THINGS IN POSSESSION OF PLAINTIFF

Plaintiff has provided the defendants with its adjustment file. **(RSA 0001 to RSA 0595)**

## III.  DAMAGES

The total amount of this claim is $521,634.64. The claim can be itemized as follows:

| | |
|---|---|
| Building | $ 423,134.65 |
| Contents | $ 25,669.00 |
| Additional Living Expenses | $ 56,958.52 |
| Emergency Expense | $  15,872.45 |
| Total | $ 521,634.64 |

IV.  **INSURANCE**

Huib and Brenda Geerlings were insured by Royal & SunAlliance USA, Inc. for the subject loss.

V.  **PLAINTIFF IDENTIFIES THE FOLLOWING EXPERT WITNESS IN THIS MATTER**

Plaintiff will produce its expert disclosure, as required by the Court's Scheduling Order and the Federal Rules of Civil Procedure. By way of further response, although not specially retained experts, Plaintiff reserves the right to elicit testimony from the involved adjusters and contractors concerning the cost, value, and extent of the damages, as well as testimony from representatives of the local authorities, concerning their investigations and findings. Plaintiff also reserves the right to elicit damage testimony from the Geerlings, as owners of the property.

Respectfully submitted,

BY: /s/ Patrick Loftus
PATRICK LOFTUS, III, ESQUIRE
BBO# 303310
9 Park Street, Suite 500
Boston, MA 02108
(617) 723-7770
Attorney for Plaintiff

CO-COUNSEL:
JAMES P. CULLEN, JR., ESQUIRE
COZEN O'CONNOR
The Atrium – Third Floor
1900 Market Street
Philadelphia, PA 19103
(215) 665-4102

Dated: May   , 2004

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing Plaintiff's Initial Disclosures Pursuant to FRCP 26 Disclosures was served on counsel of record on May 21 2004, via U.S. First Class Mail, postage prepaid, as follows:

Edward D. Shoulkin, Esquire
Timothy E. Bray, Esquire
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire, 5th Floor
Boston, MA 02109

Matthew Mahoney, Esquire
Monahan & Associates
113 Union Wharf Street
Boston, MA 02109

_____
PATRICK J. LOFTUS, III, ESQUIRE