UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROYAL AND SUNALLIANCE USA, INC., )
As subrogee of HUIB and BRENDA GEERLINGS )
      Plaintiff, )
)
v. ) C.A. No.: 04-10331JLT
)
127 CHARLES STREET CONDOMINIUM )
ASSOCIATION TRUST; and )
CROWN CLEANERS, INC. )
      Defendants. )

**Defendant, Crown Cleaners, Inc.'s Initial Disclosures Pursuant to
Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2, defendant, Crown Cleaners, Inc., hereby submits this initial disclosure statement.

I. **Fed.R.Civ.P. 26(a)(1)(A): Names of Individuals With Information Relevant to Disputed Facts**

In addition to any and all individuals identified by the other parties to this action, the defendant identifies the following persons as individuals who may possess information relevant to factual issues that are disputed among the various parties to this litigation:

1. Huib & Brenda Geerling and any other residents of 129 Charles Street, Boston, MA. The plaintiff's subrogors likely have information including, but not limited to, the facts surrounding the alleged discharge of June 19, 2003, and any resulting damages.

2. Rodi Kouthouridis and Magdaline Mikelis, 127 Charles Street, Unit 1, Boston, MA. Ms. Kouthouridis and Ms. Mikelis are the mother and daughter principles of the

business incorporated as Crown Cleaners, Inc. They operate the cleaning business located in the unit in which the alleged discharge of June 19, 2003 occurred.

3.  Eliot Plumbing, 137 Charles Street, Boston, MA. Eliot Plumbing performed some of the repair work on the premises following the alleged discharge of June 19, 2003.

4.  Gerald Betts, 127 Charles Street, Boston, MA. Mr. Betts is a trustee of the co-defendant and has information regarding the alleged discharge and its aftermath.

5.  Susan Stevenson, 127 Charles Street, Boston, MA. Ms. Stevenson is a trustee of the co-defendant and has information regarding the alleged discharge and its aftermath.

6.  Officers ? Kelly and ? Kennally, City of Boston Police Department, Boston, MA. Upon information and belief, these police officers came to the premises, observed its condition following the discharge of June 19, 2003, and prepared a report. A copy of that report is among the documents provided to the other parties within Crown Cleaners' initial disclosures.

7.  Larry Ronco, Ron Co., 16 Burney Street, No. 1, Boston, MA 02120. Ron Co. is believed to be the management company that operates and maintains the premises located at 127 Charles Street, Boston, MA.

8.  Jen Myers, Cambridge, MA. Ms. Myers took photographs of the premises following the discharge, copies of which have been provided to the other parties as part of Crown Cleaners' initial disclosures.

9.  Sean Callahan, Norfield Associates, 27 Water Street, Wakefield, MA. Upon information and belief, Norfield, including Mr. Callahan, serves as the claims adjusting company for the co-defendant's insurer. It inspected the premises of Crown Cleaners and has conducted some investigation of the claim(s) arising from the alleged discharge of June 19, 2003.

In addition, a partial review of the various documents produced by the plaintiff as part of its initial disclosure revealed various contractors, consultants, adjustors and other persons and/or entities with potentially relevant knowledge or information, including without limitation, the following:

1.  R.M. Mancuso & Assoc., Inc. (including Richard Mancuso & Robert Asci), 10 Turin Street, Milford, MA 01757. Upon information and belief, Mancuso was involved in providing restoration consulting services with regard to the subrogors' property.

2. Servpro (including Dan Eckman), P.O. Box 15, South Weymouth, MA 02190. Upon information and belief, Servpro was involved in providing restoration and cleaning services with regard to the property.

3. Robert D. Gordon Adjusters, Inc. (including Lawrence & Eric Gordon), The Pilot House, Lewis Wharf, Boston, MA 02110. Upon information and belief, this firm served as adjusters for the Geerlings with respect to their insurance claim for subrogors' property damage.

4. All Service Plumbing-Heating-Gas, Inc., 310 Salem Road, Billerica, MA 01821-2121. Upon information and belief, provided plumbing, heating and/or appliance-related work at the subrogors' property.

5. Michael Sarno, Mass Cabinets, Inc. 325 New Boston Street, Woburn, MA. Upon information and belief, performed cabinet inspection and provided cost estimates.

6. MJ Scully & Company, Inc., 314 Main Street, Wilmington, MA 01887. Upon information and belief, consulted on circumstances and causes of alleged discharge of June 19, 2003.

7. Royal & SunAlliance (including Robert Swicord, Thomas Mulroy & Louis Fronduto), Two Jericho Plaza, P.O. Box 4002, Jericho, NY 11753-8940. Adjusted the subrogors' insurance claim for property damage.

8. OccuHealth, Inc., 44 Wood Avenue, Mansfield, MA 02048. Upon information and belief, assessed risk of adverse health effects from the alleged discharge of June 19, 2003 for the subrogors.

9. Boston Water & Sewer Commission, address unknown. Upon information and belief, investigated the circumstances of the alleged discharge of June 19, 2003.

10. Boston Inspectional Services, 1010 Massachusetts Ave., 5th floor, Boston, MA 02118 Upon information and belief, investigated a report of sewage in the subrogors' basement.

11. James Pebbles, address unknown. He is identified in the plaintiff's claims file, but his precise role is currently unknown.

12. OccuHealth, Inc. (including Scott Herzog), 44 Wood Ave., Mansfield, MA 02048. Upon information and belief, OccuHealth was involved in post-remediation testing of the subrogors' residence.

section. Their inclusion herein is not intended to suggest that such documents are, in fact, relevant within the meaning of the Federal and Local Rules.

## III.  Fed. R. Civ. P. 26(a)(1)(D): Insurance Information

Please refer to the insurance policy that the defendant has produced to the plaintiff and the co-defendant.

The defendant will supplement this response in accordance with the Federal Rules of Civil Procedure and Local Rules throughout the course of discovery as the circumstances may warrant.

The Defendant,
CROWN CLEANERS, INC.
By its attorneys,

_____
Edward D. Shoulkin
BBO #555483
TAYLOR, DUANE, BARTON & GILMAN, LLP
111 Devonshire Street
Boston, MA  02109
(617) 654-8200

## CERTIFICATE OF SERVICE

I, Edward D. Shoulkin, Esq., hereby certify that on May 26, 2004, I served a true copy of the above document, by mailing same, postage prepaid to all counsel of record.

_____
Edward D. Shoulkin