UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROYAL AND SUNALLIANCE USA,<br>　　Plaintiff,<br><br>v.<br><br>127 CHARLES STREET CONDO.<br>ASS'N TRUST and<br>CROWN CLEANERS, INC.,<br>　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 04-10331-JLT |

<u>ORDER</u>

June 9, 2004

TAURO, J.

　　After the Conference on June 8, 2004, the court hereby orders that:

1. Plaintiff may depose the following individuals: (1) Paul Kouthouridis, (2) Magdalene Mikelis, (3) Gerald Betz, (4) Larry Ronko, and (5) the City of Boston officials who were contacted by Huib and Brenda Geerlings;

2. Plaintiff may depose Elliott Plumbing;

3. Plaintiff may also submit thirty (30) interrogatories to Defendant Crown Cleaners, Inc.;

4. Defendant Crown Cleaners, Inc. may depose Huib and Brenda Geerlings;

5. Defendant Crown Cleaners, Inc. may conduct a Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff;

6. Defendants may also submit thirty (30) interrogatories to Plaintiff;

7. All of the abovementioned discovery must be completed by

       November 30, 2004; and

8.      A Further Conference will be held on December 14, 2004 at 10:00 a.m.

IT IS SO ORDERED.

                                              /S/ Joseph L. Tauro
                                              United States District Judge