UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROYAL AND SUNALLIANCE USA, INC., )<br>As subrogee of HUIB and BRENDA GEERLINGS )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>127 CHARLES STREET CONDOMINIUM )<br>ASSOCIATION TRUST and, )<br>CROWN CLEANERS, INC. )<br>    Defendants. ) | C. A. NO. 04 CV 10331 NMG |

**DEFENDANT/THIRD-PARTY PLAINTIFF 127 CHARLES STREET CONDOMINIUM
ASSOCIATION TRUST'S INITIAL DISCLOSURE**

Pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A), the Defendant 127 Charles Street Condominium Association Trust (hereinafter the "Trust") hereby makes its initial disclosure. This disclosure is based upon the information now available to the Defendant Trust and its counsel.

A.  **INDIVIDUALS WITH DISCOVERABLE INFORMATION**

At this time the Defendant is aware that the following individuals are likely to and/or may have discoverable information relevant to the above captioned matter:

1. Susan B. Stevenson, 127 Charles Street, Unit 2, Boston, Massachusetts 02114, 617-227-7421, Ms. Stevenson likely has information concerning the condition of property at 127 Charles Street as well as the alleged sewage problem(s) on or about June 19, 2003.

2. Gerry Betts, 127 Charles Street, Unit 2, Boston, Massachusetts 02114, 617-227-7421, Mr. Betts likely has information concerning the condition of property at 127 Charles Street as well as the alleged sewage problem(s) on or about June 19, 2003.

3. Rodi Kouthouridis and Magdaline Mikelis, Crown Cleaners, 127 Charles Street, Unit 1, Boston, Massachusetts 02114, 617-367-8773, likely have information concerning the condition of property at 129 Charles Street as well as the alleged sewage problem(s) on or about June 19, 2003.

4. Eliot Plumbing, 137 Charles Street, Boston, Massachusetts, performed repair work regarding alleged sewage problem(s) on or about June 19, 2003.

5. Officer Thomas J. Kelley, Boston Police Department, Boston, Massachusetts, prepared report concerning observations of 127 Charles Street on June 29, 2004, during apparent plumbing work.

6. Larry Ronco, Ron Co., 16 Burney Street, No. 1, Boston, Massachusetts, Ron Co. was management company for 127 Charles Street.

7. Sean Callahan, Norfield Associates, 27 Water Street, Wakefield, Massachusetts, adjuster for 127 Charles Street Condominium Trust's insurer.

8. Bay State Drain Cleaning Co., Inc., 36 Brayton Road, Brighton, Massachusetts, performed repair work regarding alleged sewage problem(s) on or about June 19, 2003.

9. Boston Water & Sewer Department, Boston, Massachusetts, likely has information concerning the condition of properties at 127 and 129 Charles Street and the alleged sewage problem(s) on or about June 19, 2003.

10. Boston Inspectional Services, Boston, Massachusetts, Boston Water & Sewer Department, Boston, Massachusetts, likely has information concerning the condition of properties at 127 and 129 Charles Street and the alleged sewage problem(s) on or about June 19, 2003.

11. M.J. Scully & Co., 314 Main Street, Wilmington, Massachusetts, likely has information concerning the condition of properties at 127 and 129 Charles Street and the alleged sewage problem(s) on or about June 19, 2003.

12. Beacon Hill Restoration, address unknown, provided estimate for replacement of old brick sewer pipe.

## B.  DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS:

The following items, documents and/or categories of documents ate or may be relevant to the facts disputed in the pleadings:

1. Correspondence by and between counsel for the Plaintiffs and former counsel for the Trust.

2. Floor Plan for 127 Charles Street Condominium.

3. Declaration of Trust for 127 Charles Street Condominium Trust.

4. Master Deed for 127 Charles Street Condominium.

5. Plaintiff's summons and Complaint, with cover letter.

6. Boston Inspectional Services documentation concerning June, 19, 2003, incident.

7. Boston Water and Sewer Commission documentation concerning June, 19, 2003, incident.

8. Invoice from M.J. Scully & Co., Inc., concerning June, 19, 2003, incident.

9. Documentation from Boston Inspectional Services concerning 127 Charles Street.

10. Estimate from Beacon Hill Restoration concerning June, 19, 2003, incident.

Defendant,
127 Charles Street Condominium Trust,
By its attorneys,

Matthew Mahoney
BBO #549092
Douglas F. Hartman
BBO # 642823
MONAHAN & ASSOCIATES, P.C.
113 Union Wharf
Boston, MA 02109
(617) 227-1500

## CERTIFICATE OF SERVICE

    I, Douglas F. Hartman, hereby certify that on this 26th day of July 2004, the foregoing has been served by causing a copy of same to be mailed, postage prepaid, directed to . Patrick J. Loftus, 9 Park Street, Suite 500, Boston, MA  02108, James P. Cullen, Jr., Esq., Cozen O'Connor, The Atrium – Third Floor, 1900 Market Street, Philadelphia, PA  19103 and Edward D. Shoulkin, Taylor, Duane, Barton & Gilman, LLP, 111 Devonshire Street, Boston, Massachusetts 02109.

 

                                                                                                               Douglas F. Hartman