UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROYAL AND SUNALLIANCE USA, INC.,<br>As subrogee of HUIB and BRENDA GEERLINGS<br>Plaintiff, | ) ) ) ) | |
| v. | ) ) | C.A. No.: 04-10331NMG |
| 127 CHARLES STREET CONDOMINIUM<br>ASSOCIATION TRUST, and<br>CROWN CLEANERS, INC.<br>Defendants. | ) ) ) ) ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 30, 2004, counsel for the defendant, Crown Cleaners, Inc., in the above action, have moved their offices to:

Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
617-654-8200
617-482-5350 - fax

The Defendant,
Crown Cleaners, Inc.,
By its attorneys,

Edward D. Shoulkin
B.B.O. #555483
Timothy E. Bray
B.B.O. #652398
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire, 5th Floor
Boston, MA 02109
(617) 654-8200

I certify that on this 20 day of August, 2004, I served a copy of the above notice by mailing same, postage prepaid to all counsel of record.

Edward D. Shoulkin