UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROYAL AND SUNALLIANCE USA, INC., )
As subrogee of HUIB and BRENDA GEERLINGS )
Plaintiff, )
)
v. )   C.A. No.: 04-10331(NMG)
)
127 CHARLES STREET CONDOMINIUM )
ASSOCIATION TRUST, and )
CROWN CLEANERS, INC. )
Defendants. )

## MOTION OF THE DEFENDANT, CROWN CLEANERS, INC., TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS BY THE CO-DEFENDANT, 127 CHARLES STREET CONDOMINIUM ASSOCIATION TRUST

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, the defendant, Crown Cleaners, Inc. ("Crown Cleaners"), respectfully requests that the Court enter an Order compelling the co-defendant, 127 Charles Street Condominium Association Trust ("Trust"), to answer Interrogatories propounded pursuant to Fed. R. Civ. P. 33, and respond to a request for the production of documents pursuant to Fed. R. Civ. P. 34. The grounds for this motion are as follows:

1. On or about July 2, 2004, Crown Cleaners served Interrogatories and a set of Requests for Production of Documents upon the Trust. Copies of these Interrogatories and Requests for Production are attached to this motion as Exhibits A and B, respectively.

2. To date, the Trust has neither answered nor responded to Crown Cleaners' Interrogatories and Requests for Production. Extensions of time to serve the written discovery responses were provided to the Trust and have long since elapsed.

3. Counsel for Crown Cleaners conferred, in person, with the Trust's counsel on November 3, 2004, to discuss the outstanding discovery and Crown Cleaners'

plans to file this discovery motion. To date, the Trust's discovery responses remain outstanding and a resolution of the dispute remains elusive.

4. Crown Cleaners seeks no sanction against the Trust, other than an Order requiring the Trust to provide full and complete answers and responses to the subject written discovery.

WHEREFORE, the defendant, Crown Cleaners, Inc., respectfully moves that this Court compel the co-defendant, 127 Charles Street Condominium Association Trust, to answer the Interrogatories and respond to the Requests for Production propounded by the defendant on or about July 2, 2004.

The Defendant,
Crown Cleaners, Inc.,
By its attorneys,

_____
Edward D. Shoulkin
B.B.O. #555483
Timothy E. Bray
B.B.O. #652398
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Fifth Floor
Boston, MA 02110
(617) 654-8200

### Local Rule 37.1 Certificate of Discovery Conference

I hereby certify that, in compliance with Local Rule 37.1, I personally met and conferred with Douglas Hartman, counsel for the co-defendant, 127 Charles Street Condominium Association Trust, on November 3, 2004, at the Law Offices of Taylor, Duane, Barton & Gilman, LLP, in an effort to resolve this discovery dispute.

_____
Edward D. Shoulkin

I certify that on this 7th day of November, 2004, I served a copy of the above notice by mailing same, postage prepaid to all counsel of record.

_____
Edward D. Shoulkin

2