UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROYAL AND SUNALLIANCE USA, INC., )
As subrogee of HUIB and BRENDA GEERLINGS )
    Plaintiff, )
     )
v. )    C.A. No.: 04-10331JLT
     )
127 CHARLES STREET CONDOMINIUM )
ASSOCIATION TRUST, and )
CROWN CLEANERS, INC. )
    Defendants. )

## REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY THE DEFENDANT, CROWN CLEANERS, INC., TO THE CO-DEFENDANT, 127 CHARLES STREET CONDOMINIUM ASSOCIATION TRUST

### INSTRUCTIONS

Crown Cleaners, Inc. ("Crown Cleaners"), pursuant to Rule 34 of the Federal Rules of Civil Procedure and Local Rule 26.5 and 34.1 of the United States District Court for the District of Massachusetts, requests that the co-defendant, 127 Charles Street Condominium Association Trust ("the Trust") produce and permit Crown Cleaners to inspect, copy and photograph all documents and things in the Trust's possession, custody, or control which evidence, embody, refer to or relate to the following subjects. In the event that the Trust claims that a document or thing requested herein is privileged, please identify each document or thing in sufficient detail so as to enable the Court to rule upon the claim of privilege, specifying the following information:

    a.    the date the document or thing was prepared;

    b.    the author of the document;

    c.    the substantive content of the document to the extent not privileged;

    d.    the identity and address of the person or entity who currently has custody of the document or thing; and

    e.    the grounds upon which you refuse to produce said document or thing.

## REQUESTS

### REQUEST NO. 1

Each and every document identified by the Trust in its responses to Crown Cleaners' First Set of Interrogatories.

### REQUEST NO. 2

Each and every document that refers to, relates to, contains information concerning or constitutes any statement by any person who has knowledge of or information concerning any of the events, damages, losses, or facts alleged in the Complaint and/or crossclaim.

### REQUEST NO. 3

Each and every document that refers to, relates to or contains information concerning any agreement, draft agreement or contemplated agreement between Crown Cleaners, Inc. and the Trust relative to the Geerlings' premises.

### REQUEST NO. 4

Each and every document that refers to, relates to or contains information concerning any agreement, draft agreement or contemplated agreement between the Trust and the plaintiff and/or the Geerlings relative to the Geerlings' premises.

### REQUEST NO. 5

Each and every document that refers to, relates to or contains information concerning the damages and expenses sought by the plaintiff.

### REQUEST NO. 6

Reports prepared by any and all contractors involved in evaluating and/or repairing or correcting the damage to the Geerlings' premises and/or to 127 Charles Street.

### REQUEST NO. 7

Reports prepared by any and all experts retained by the Trust concerning any of the subject matters referenced in the Complaint and/or crossclaim.

### REQUEST NO. 8

All written and recorded statements of Crown Cleaners, Inc., its agents, servants and employees.

## REQUEST NO. 9

All photographic and video depictions of the Geerlings' premises, the defendants' properties, and/or any parts thereof, including any work performed on any part thereof.

## REQUEST NO. 10

Any and all documents and things that the Trust intends to introduce into evidence or otherwise display at trial.

## REQUEST NO. 11

Any and all reports, invoices, correspondence and other documents sent to or received from any person or entity involved in evaluating, repairing and/or otherwise working on the damage to either the Geerlings' premises or 127 Charles Street, and/or the causes thereof.

## REQUEST NO. 12

Produce a copy of the applicable insurance policy in its entirety through which the plaintiff has obtained any rights to assert his action as a subrogee of the Geerlings, including all amendments and endorsements thereto.

## REQUEST NO. 13

Any and all documents concerning any repairs or problems with the plumbing, sewage pipes and/or water pipes at 127 Charles Street prior to the date of the discharge alleged in the plaintiff's Complaint.

## REQUEST NO. 14

Any and all documents concerning any repairs or problems with the plumbing, sewage pipes and/or water pipes at the Geerlings' property prior to the date of the discharge alleged in the plaintiff's Complaint.

## REQUEST NO. 15

Any and all documents concerning any repairs or problems with the plumbing, sewage pipes and/or water pipes at 127 Charles Street Condominium Association Trust prior to the date of the discharge alleged in the plaintiff's Complaint.

## REQUEST NO. 16

All written and recorded statements of the Trust, its agents, servants and elmpoyees.

## REQUEST NO. 17

All written and recorded statements of any and all witnesses to the subject matters contained in the Plaintiff's Complaint and/or the Trust's crossclaim.

The defendant,
Crown Cleaners, Inc.
By its attorneys,

*[signature]*

Edward D. Shoulkin
BBO #555483
TAYLOR, DUANE, BARTON
& GILMAN, LLP
111 Devonshire Street
Boston, MA 02109
(617) 654-8200

## CERTIFICATE OF SERVICE

I, Edward D. Shoulkin, Esq., hereby certify that on July 2, 2004, I served a copy of the foregoing document by mailing same postage pre-paid to all counsel of record.

*[signature]*

Edward D. Shoulkin

4