UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROYAL AND SUNALLIANCE USA, INC., ) <br> As subrogee of HUIB and BRENDA GEERLINGS ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 127 CHARLES STREET CONDOMINIUM ) <br> ASSOCIATION TRUST, and ) <br> CROWN CLEANERS, INC. ) <br> Defendants. ) | C.A. No.: 04-10331(NMG) |

## LOCAL RULE 37.1 MEMORANDUM OF SUPPORT OF THE MOTION OF THE DEFENDANT, CROWN CLEANERS, INC., TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS BY THE CO-DEFENDANT, 127 CHARLES STREET CONDOMINIUM ASSOCIATION TRUST

Pursuant to Local Rule 37.1(B), the defendant, Crown Cleaners, Inc. ("Crown Cleaners"), hereby provides this memorandum of support for its Fed. R. Civ. P. 37(a) motion to compel. Briefly, this matter involves the discharge of sewage from an alleged broken sewer pipe in or near the basement of the property located at 127 Charles Street, Boston, Massachusetts. The defendant Crown Cleaners is located in the basement apartment of 127 Charles Street, which has several additional apartments that are independently owned. It is alleged that the sewage release caused substantial property damage to the adjacent property at 129 Charles Street, which is a private residence owned by Huib and Brenda Geerling. This action has been brought by the Geerlings' insurance carrier as a subrogation action.

In addition to the plaintiff's claims against Crown Cleaners and the 127 Charles Street Condominium Association Trust ("Trust"), both Crown Cleaners and the Trust have asserted cross-claims against the other for indemnification and contribution.

On or about July 2, 2004, Crown Cleaners served upon the Trust Interrogatories and a set of Requests for Production of Documents. The Trust has failed to answer and respond to these written discovery requests, despite extensions of time to do so.

On November 3, 2004, following the depositions of Crown Cleaners' personnel at the Law Offices of Taylor, Duane, Barton & Gilman, LLP, counsel for Crown Cleaners, Edward Shoulkin, conferred with the Trust's counsel, Douglas Hartman, regarding the Trust's failure to respond to the Interrogatories and Request for Production. No agreement was reached to resolve this discovery dispute, and counsel for Crown Cleaners advised that a motion to compel would be filed as a result.

Therefore, the sole remaining issue for the Court is the failure of the Trust to provide Crown Cleaners with responses to the written discovery requests.

The Defendant,
Crown Cleaners, Inc.,
By its attorneys,

Edward D. Shoulkin
B.B.O. #555483
Timothy E. Bray
B.B.O. #652398
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

I certify that on this 9th day of November, 2004, I served a copy of the above notice by mailing same, postage prepaid to all counsel of record.

Edward D. Shoulkin

2