FILED
IN... OFFICE

IN THE UNITED STATES DISTRICT COURT ... 29 P 12: 39
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROYAL AND SUNALLIANCE USA, INC. ) | |
| as subrogee of HUIB and BRENDA GEERLINGS ) | C.A. No.: 04-10331 JLT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 127 CHARLES STREET CONDOMINIUM ) | **MOTION FOR ADMISSION** |
| ASSOCIATION TRUST ) | **OF COUNSEL** *PRO HAC VICE* |
| ) | |
| and ) | |
| ) | |
| CROWN CLEANERS, INC. ) | |
| ) | |
| Defendants. ) | |

RPT #
...NT $
...TY CLK

NOW COMES Patrick J. Loftus, III, Esquire, Counsel for Plaintiff, Royal and SunAlliance USA, Inc., as subrogee of Huib and Brenda Geerlings, and respectfully moves this Court to enter an Order, in the form attached, for the admission *pro hac vice* of Joseph F. Rich, Esquire, of the law firm of Cozen O'Connor, to appear herein as counsel for Plaintiff.

In support of this motion, Movant states as follows:

1.    I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts, and am attorney for Plaintiff in the above-captioned action.

2.    The above-captioned action involves a sewer discharge incident, with resulting damage sustained by Mr. and Mrs. Geerlings' property at 129 Charles Street, Boston, Massachusetts, during June 2003.

3.    The above-captioned action was commenced in March, 2004.

4.    I have been acting as local counsel for Plaintiff with respect to this matter; as local counsel for the Plaintiff, I have cooperated with Mr. Rich, who has also prepared the case and is also ready to proceed with discovery and trial.

5.    I know Mr. Rich to be a qualified attorney with experience in the areas of construction and property damage litigation and other issues being presented in this lawsuit and to be a member in good standing of the Bar of the Commonwealth of Pennsylvania.

6.    In further support of its motion, Movant incorporates, by reference, the annexed Affidavit of Joseph F. Rich, Esquire [see Exhibit "A"].

**WHEREFORE**, Movant respectfully requests that the Court grant on order allowing the admission *pro hac vice* of Joseph F. Rich, Esquire, to practice with respect to the above-entitled action.

Plaintiff Royal and SunAlliance USA, Inc.
as subrogee of Huib and Brenda Geerlings,
By Their Attorney,

PATRICK J. LOFTUS, III, ESQUIRE
BBO # 303310
9 Park Street
Suite 500
Boston, MA 02108
(617) 723-7770