## CERTIFICATE OF SERVICE

I, PATRICK J. LOFTUS, III, attorney for Plaintiff, do hereby certify that I have this 27 day of April, 2005 served a copy of the foregoing Motion for *Pro Hac Vice* Admission upon counsel of record, by mailing said copy, postage prepaid, to:

Douglas F. Hartman, Esquire
Matthew Mahoney, Esquire
Monahan & Associates
113 Wharf Street
Boston, MA 02109

Edward D. Shoulkin, Esquire
Taylor Duane Barton & Gilman, LLP
160 Federal Street
5th Floor
Boston, MA 02110

_____
PATRICK J. LOFTUS, III, ESQUIRE