IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROYAL AND SUNALLIANCE USA, INC. as subrogee of HUIB and BRENDA GEERLINGS, <br><br> Plaintiff, <br><br> v. <br><br> 127 CHARLES STREET CONDOMINIUM ASSOCIATION TRUST, and CROWN CLEANERS, INC., <br><br> Defendants. | CIVIL ACTION <br><br><br> STIPULATION OF DISMISSAL <br><br> NO.: 04-10331 JLT NMG |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the parties, that the above-entitled action be and hereby is dismissed, with prejudice, pursuant to F.R.C.P. 41(a)(1), without costs to either party as against the other.

/s/ James P. Cullen, Jr., Esquire
Attorney for Plaintiff Royal and SunAlliance
Cozen O'Connor
1900 Market Street
The Atrium – Third Floor
Philadelphia, PA 19103
215-665-4102

/s/ Edward D. Shoulkin, Esquire (#555483)
Attorney for Defendant, Crown Cleaners, Inc.
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, Fifth Floor
Boston, MA 02110
617-654-8200

/s/ Douglas F. Hartman, Esquire, (#642823)
Attorney for Defendant, 127 Charles Street
Condominium Trust
Monahan & Associates, P.C.
113 Union Wharf
Boston, MA 02109
617-227-1500

## ORDER OF DISMISSAL

The parties having stipulated thereto, this action is hereby dismissed with prejudice.

**DONE AND ORDERED** this 1st day of August, 2005.

_____
US.D.J.